■ THOMAS E. CARNEY, Appellant-Respondent, v CLAVERACK COOPERATIVE INSURANCE COMPANY, Respondent-Appellant, and GATES-COLE ASSOCIATES, INC. et al., Appellants, et al., Defendant. [675 NYS2d 911] —Cross appeals from an order of the Supreme Court (O'Brien, III, J.), entered June 5, 1997 in Madison County, which partially denied defendants' motions for summary judgment and denied plaintiff's motion for summary judgment.

Order affirmed, upon the opinion of Justice William F. O'Brien, III.

Cardona, P. J., Mercure, White, Peters and Spain, JJ., concur. Ordered that the order is affirmed, without costs.